LAURA T. MCCAULEY v. WEST AMERICAN
INSURANCE COMPANY.

June 8, 1983.

Petition for certification denied.

TORCON, INC. v. ALEXIAN BROTHERS HOSPITAL.

June 8, 1983.

Petition for certification denied.

MARY ANN COOK v. H.B. FULLER COMPANY.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAM WINSTEAD.

June 8, 1983.

Petition for certification denied.